```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
```

FILED
OCT 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cv-02124-GEB-JFM |
| Plaintiff, ) | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. ) | |
| 2004 HONDA ATV TRX350, VIN: 478TE240244307570, and ) | |
| 2004 HONDA ATV TRX400FA RANCHER, VIN: 478TE29034413393, ) | |
| Defendants. ) | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 9, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2004 Honda ATV TRX350, VIN: 478TE240244307570 and the defendant 2004 Honda ATV TRX400FA Rancher, VIN: 478TE29034413393 (hereafter collectively referred to as "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug

1

1 | Enforcement Administration Special Agent Sharon A. Jones, there
2 | is probable cause to believe that the defendant assets so
3 | described constitute properties that are subject to forfeiture
4 | for such violation(s), and that grounds for issuance of a Warrant
5 | for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
6 | of the Supplemental Rules for Admiralty or Maritime Claims and
7 | Asset Forfeiture Actions;

8 |     IT IS HEREBY ORDERED that the Clerk for the United States
9 | District Court, Eastern District of California, shall issue a
10 | Warrant for Arrest of Articles *In Rem* for the defendant assets.
11 | Dated: 10/18/07

KIMBERLY J. MUELLER
United States Magistrate Judge