```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) 2:07-CV-02124-LKK-KJM
                                    )
12          Plaintiff,              ) STIPULATION FOR DISMISSAL
                                    ) WITH PREJUDICE AND ORDER;
13      v.                          ) CERTIFICATE OF
                                    ) REASONABLE CAUSE
14  2004 HONDA ATV TRX350, VIN:     )
    478TE240244307570, and          )
15                                  )
    2004 HONDA ATV TRX400FA RANCHER,)
16  VIN: 478TE29034413393,          )DATE: N/A
                                    )TIME: N/A
17          Defendants.             )COURTROOM: N/A
                                    )
18
```

19     Plaintiff United States of America, and claimants Kurt and
20  Monica Karst, appearing through undersigned counsel, hereby agree
21  and stipulate as follows:
22     1.  The pending action shall be dismissed with prejudice
23  pursuant to Rule 41(a)(2) of the Federal Rules of Civil
24  Procedure.
25     2.  The parties are to bear their own costs and attorney
26  fees.
27     3.  There was reasonable cause for the seizure of the
28  defendant property, and for the commencement and prosecution of

1  this forfeiture action, and the Court may enter a Certificate of
2  Reasonable Cause pursuant to 28 U.S.C. § 2465.
3
4  Dated: January 19, 2010                BENJAMIN B. WAGNER
                                          United States Attorney
5
6
                                    By    /s/ Kristin S. Door
7                                         KRISTIN S. DOOR
                                          Assistant U.S. Attorney
8                                         Attorney for Plaintiff
9
10
11 Dated: 1-19-2010                        /s/ Brenda Grantland
                                          BRENDA GRANTLAND
12                                        Attorney for claimants
                                          Kurt and Monica Karst
13
14                                        (Signature retained by
                                          attorney)
15
16 IT IS SO ORDERED.
17
18 Dated: January 22, 2010.
19 //
20 //
                                   _____
21 //                              LAWRENCE K. KARLTON
                                   SENIOR JUDGE
22 //                              UNITED STATES DISTRICT COURT
23 //
24 //
25 //
26 //
27
28

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed October 9, 2007, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant property, and for the commencement and prosecution of this forfeiture action.

Dated: January 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT